## 50676. FERRELL v. THE STATE.

PANNELL, Presiding Judge.

The defendant was indicted, tried and convicted of the offense of forgery in the first degree. She appealed to this court from a judgment and sentence of six years in the penitentiary.

We have carefully examined the record and find no error in the indictment, trial, conviction, or sentence.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

SUBMITTED MAY 8, 1975 — DECIDED JULY 16, 1975.

*Thomas J. Killeen,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Frederick B. Tyler, Jr., Assistant District Attorneys,* for appellee.